IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

TASHIA M. DECOTEAU )
and DANIEL J. DECOTEAU, )
)
      Plaintiffs, ) TC-MD 160052R
)
  v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
)
)
      Defendant. ) **FINAL DECISION OF DISMISSAL**[1]

This matter came before the court on its own motion to dismiss this case for lack of

prosecution.

A case management conference was scheduled at 9:00 a.m. on July 15, 2016, to consider

Plaintiffs' appeal. On April 19, 2016, the court sent notice of the scheduled case management

conference to Plaintiffs at the address Plaintiffs provided to the court. The court's notice was not

returned as undeliverable. That notice advised that if Plaintiffs did not appear, the court might

dismiss the appeal.

Plaintiffs failed to appear for the scheduled case management conference. On July 18,

2016, the court sent Plaintiffs a letter that explained the importance of diligently pursuing an

appeal. That letter was not returned as undeliverable. The court's letter advised that if Plaintiffs

did not provide a written explanation by August 1, 2016, for their failure to appear, the court

would dismiss the appeal. As of this date, Plaintiffs have not submitted a written response to the

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered August 12, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

court's letter explaining their failure to appear.[2]  Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is dismissed.

Dated this ____ day of August 2016.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on August 31, 2016.*

---

[2] Plaintiffs telephoned the court on July 29, 2016, and court staff gave Plaintiffs further instructions for submitting a written response.